

1  JULIE M. MCCOY, Bar no. 129640
   485 E. 17TH ST.  SUITE 111
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF

7           UNITED STATES DISTRICT COURT
8            CENTRAL DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    | No. CV A 08-3652
11 |         Plaintiff,            |
12 |      vs.                      | CONSENT JUDGMENT
13 | REX BRADY,                    |
14 |         Defendant             |

16    Pursuant to the above stipulation of the parties,
17 Judgment is hereby entered in favor of Plaintiff, UNITED
18 STATES OF AMERICA, against Defendant, Rex Brady, in the
19 principal amount of $81,400.59 plus interest accrued to
20 November 19, 2007, in the sum of $29,351.97; with interest
21 accruing thereafter at 8.25% annually until entry of
22 judgment, for a total amount of  **$110,752.56**.

25 DATED: 6-12-2008        By: *Sherri R. Carter*
26                              Clerk of the Court

27
28                              *Linda Rayford*
                                Deputy Clerk
                                United States District Court

Page 5